# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JAMAR SHAW,<br><br>                              Defendant. | Case No. 2:17-cr-246-APG-NJK<br><br>**ORDER DISMISSING INDICTMENT**<br><br>(ECF No. 7) |

    The Government's ex-parte motion to dismiss (ECF No. 7) is hereby GRANTED. The criminal indictment (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

    Dated: March 30, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE